UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID CRUMBY,

    Plaintiff,

v.

WARDEN R. MARTINEZ, *et al.*,

    Defendants.

CIVIL NO. 3:CV-08-1900

(Judge Caputo)

## ORDER

AND NOW, THIS 27 $^{TH}$ DAY OF OCTOBER, 2008, IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs, and the Motion is **GRANTED.**[1]

2. The document filed by Plaintiff entitled "Reasons for Protection" (Doc. 4), which contains a statement of facts relating to the allegations in the Complaint, is construed as a supplement to the complaint pursuant to Fed. R. Civ. P. 15(d). The Clerk of Court is directed to amend the docket accordingly.

3. The United States Marshals Service shall serve Plaintiff's Complaint (Doc. 1) and supplement (Doc. 4) on the Defendants named in the Complaint.

A. RICHARD CAPUTO
United States District Judge

---

1. Crumby completed this Court's form application to proceed *in forma pauperis* (Doc. 2) and Authorization (Doc. 3) to have funds deducted from his prison account. The Court then issued an Administrative Order (Doc. 6) directing the Warden at his present place of confinement to commence deducting the full filing fee from Plaintiff's prison trust fund account.